# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

In re   Louisiana Hospital Center, L.L.C.                    ,
                    Debtor

Case No.   09-11346

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Tranformyx<br>Attn: Rainee Rayburn<br>8510 Quarters Lake Rd<br>Baton Rouge, LA 70809 | | | Disputed | 4,500 |
| Southwestern Bell | | | | 12,000 |
| Louisiana Food Service Equipment, Inc.<br>PO Box 519<br>1181 Hwy 71 South<br>Lecompte, LA 71346 | | | | 15,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Atmos c/o Professional Finance Company PO Box 1686 Greeley, CO 80632 | | | | 23,160 |
| Entergy Mail Unit L JEF 359 PO Box 6008 New Orleans, LA 70174 | | | | 23,924 |
| Cassling Diagnostic Imaging, Inc. 13808 F Street Omaha, NE 68137 | | | Disputed | 270,000 |
| Surgical Development Partners 201 Seaboard Lane, Ste. 100 Franklin, TN 37067 | | | Disputed | 391,479 |
| Tangi East, LLC 71172 Hickham Field Lane Covington, LA 70433 | | | Disputed by NSPA | 550,000 |
| Hill-Rom 1069 State Route 46 E Batesville, IN 47006 | | | | 850,000 |
| Hammond Area Economic and Industrial Development District 1514 Martens Dr., Ste. 130 Hammond, LA 70401 | | | | 1,500,000 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  August 13, 2009

Signature  /s/ David L. Phillips
DAVID L. PHILLIPS