# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 09-11346 |
| LOUISIANA HOSPITAL CENTER, LLC | SECTION "B" |
| DEBTOR | CHAPTER 11 |

## ORDER

Pursuant to the *Ex Parte Motion for Extension of Time Within Which to File Schedules and Statement of Financial Affairs* filed by Louisiana Hospital Center, LLC (P-73), as debtor-in-possession (the "Debtor"), due notice thereof having been given to all creditors and other parties in interest entitled to notice and appearing that good cause exists for the extension of time,

**IT IS ORDERED** that the Ex Parte Motion is hereby **GRANTED** and the Debtor is allowed until the **10th day of September, 2009**, within which to file his schedules, statement of affairs and other documents required by Federal Rule of Bankruptcy Procedure 1007.

New Orleans, Louisiana, August 26, 2009.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge