IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | NO. 09-11346 |
| Louisiana Hospital Center, L.L.C. | * * * | SECTION B |
| *Debtor* | * | CHAPTER 11 |

## MOTION TO DISMISS OR CONVERT TO CHAPTER 7 WITH INCORPORATED MEMORANDUM

**NOW INTO COURT**, comes Chapter 11 Trustee, Wilbur J. "Bill" Babin, Jr. ("Mover or Chapter 11 Trustee") who with respect represents:

### JURISDICTION

1.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a) and (b), and 28 U.S.C. §157(a) and (b)(1). This is a core proceeding under 11 U.S.C. §157(b)(2). This motion is filed pursuant to 11 U.S.C. §1112(b).

### FACTUAL BACKGROUND

2.

This case was commenced as a Chapter 11 involuntary petition filed on May 7, 2009.

3.

An Order for Relief under Chapter 11 on the involuntary petition was signed and entered by this Honorable Court on August 10, 2009 [P-56].

4.

Mover was appointed Chapter 11 Trustee on October 14, 2009 [P-113].

5.

All assets of the Estate have been sold pursuant to final non-appealable orders of this Court.

6.

All Chapter 11 financial reports have been filed by the Chapter 11 Trustee and are current at this time.

7.

All Chapter 11 quarterly fees have been paid to date.

8.

Chapter 11 Trustee, through counsel, has investigated all possible claims under the United States Bankruptcy Code and believes that any such claims do not exist or would be unworthy of pursuit or administration and would result in no distribution to the unsecured creditors of this estate.

## **LAW AND ANALYSIS**

9.

Section 1112(b)(1) governs conversion or dismissal of a Chapter 11 case and provides, in pertinent part, as follows:

> (b)(1) . . . on request of a party in interest, and after notice and a hearing . . . the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

10.

Section 1112(b) contains a list of particular conduct or circumstances that amount to cause. The list is not exhaustive, and the court is free to consider other factors and use its equitable powers to reach an appropriate result. *See In re Domino*, No. 07-2829, 2008 WL915205, at *2 (E.D. La. March 31, 2008); *In re Global Ship Sys., LLC*, 391 B.R. 193, 202 (Bankr. S.D. Ga. 2007).

11.

For the factual reasons stated above as well as for the particular cause set forth under Section 1112(b)(4)(J) (i.e. a plan has yet to be confirmed and is not confirmable in this case), cause exists to dismiss or convert.

12.

Chapter 11 Trustee believes that dismissal is appropriate in this case because there would be no assets or claims for a Chapter 7 trustee to administer or pursue in this case.

13.

If after notice and hearing, the Court believes that conversion to Chapter 7 would be appropriate, mover avers that Chapter 11 Trustee, Wilbur J. "Bill" Babin, Jr., a panel trustee in the

Eastern District of Louisiana, should be appointed Chapter 7 Trustee to conclude this case.

**WHEREFORE,** mover prays that this Honorable Court enter an order dismissing or converting the above captioned case under 11 U.S.C. §1112(b) for the reasons cited herein.

Chapter 11 Trustee further prays for all other just and equitable relief as the nature of the case may permit.

Respectfully submitted,

*/s/ Wilbur J. Babin*
Wilbur J. Babin, LA Bar Roll # 1214
Telephone: (504) 837-1230
Facsimile: (504) 832-0324
CHAPTER 11 TRUSTEE for
LOUISIANA HOSPITAL CENTER, L.L.C.